No. 74–205.   MATHEWS, SECRETARY OF HEALTH, EDU-
CATION, AND WELFARE v. WILLIAMS.   C. A. 5th Cir.
Motion of respondent for leave to proceed in forma
pauperis and certiorari granted.  Judgment vacated and
case remanded for further consideration in light of
Mathews v. Eldridge, ante, p. 319.   MR. JUSTICE STE-
VENS took no part in the consideration or decision of this
case.

No. A–719.*   ENOMOTO, CORRECTIONS DIRECTOR, ET
AL. v. SPAIN ET AL.   It is ordered that the application for
stay of judgment of the United States District Court for
the Northern District of California, dated January 14,
1976, as amended by its order of February 9, 1976, is
granted but limited to Items 1, 2, and 4 of said judgment,
pending [final disposition of applicants' appeal from said
judgment to the Court of Appeals for the Ninth Circuit].

MR. JUSTICE STEVENS, with whom MR. JUSTICE BREN-
NAN and MR. JUSTICE MARSHALL join, dissenting.

Since I am not persuaded that the applicants have
demonstrated a sufficient threat of irreparable injury to
justify the exercise of this Court's power to issue a stay,
I would deny the application.